**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 DEFINED CONTRIBUTION PENSION FUND, and ARCHITECTURAL METAL TRAINEE SCHOOL FOR LOCAL NO. 63 AND THE IRON LEAGUE OF CHICAGO, INC., | ) ) ) ) ) ) ) ) | |
| | ) | No. 22-CV- |
| Plaintiffs, | ) ) | Judge |
| v. | ) ) | Magistrate |
| LEGNA INSTALLERS, INC., LEGNA IRON WORKS, INC., and WESTGATE ADDISON, LLC, | ) ) ) | |
| Defendants. | ) ) | |

**COMPLAINT**

The ARCHITECTURAL IRON WORKERS' LOCAL NO. 63 WELFARE FUND, et.al., (hereinafter referred to as "the Plaintiffs" or "the Funds"), by their attorneys, John Gregorio, Gregory Hosé, John Festa, Andrew Pigott, and Gregorio, Stec, Klein & Hosé, P.C. complain against Defendants LEGNA INSTALLERS, INC., LEGNA IRON WORKS, INC., and WESTGATE ADDISON, LLC, as follows:

**JURISDICTION AND VENUE**

1.      This action brings claims under Section 502 of the Employee Retirement Security Act of 1974, 29 U.S.C. §1132, 1145 ("ERISA"), and Section 301 of the National Labor Relations Act, 29 U.S.C. §185 ("NLRA"), as amended.  This court, therefore, has jurisdiction under the jurisdictional provisions of those Acts, as well as federal question jurisdiction under 28 U.S.C. §1331.

2.      The Funds are administered in Oak Brook, Illinois.  Venue, therefore, properly lies in the Northern District of Illinois under ERISA section 502(e)(2), 29 U.S.C. §1132(e)(2).

## FACTS COMMON TO ALL COUNTS

3.      The Plaintiffs are ERISA fringe benefit funds affiliated with Architectural Iron Workers Local Union #63 ("Union"), and have standing to sue pursuant to ERISA section 502(d)(1), 29 U.S.C. §1132(d)(1).

4.      Legna Iron Works, Inc. ("Iron Works") incorporated in Illinois on October 5, 1989. (Ex. A).

5.      From the time of incorporation to the present, Miguel Gonzalez at least partially owned Iron Works.

6.      From the time of incorporation to the present, Miguel Gonzalez served as Iron Works' President.

7.      At all times pertinent, Iron Works' physical and mailing address was 80 Central Avenue, Roselle, IL 60172.

8.      Iron Works' has always been an employer engaged in activity affecting interstate commerce, specifically, ornamental and architectural iron work on residential, commercial, and industrial projects.

9.      RG Erectors ("Erectors") incorporated in Illinois on March 27, 2000.  (Ex. B).

10.      From the time of incorporation to its dissolution on August 14, 2009, Miguel Gonzalez at least partially owned Erectors.

11.      While Antonio Torres served as Erectors' president, Miguel Gonzalez was part of Erectors' management team.

12.      Antonio Torres also served as a part of Iron Works' management team.

13.     From its incorporation up to its dissolution, Erectors' physical address was the same as Iron Works' physical address.

14.     From its incorporation up to its dissolution, Erectors' mailing address was the same as Iron Works' mailing address.

15.     Erectors was always an employer engaged in activity affecting interstate commerce, specifically, ornamental and architectural iron work on residential, commercial, and industrial projects.

16.     Legna Installers, Inc. ("Installers") incorporated in Illinois on March 20, 2006. (Ex. C).

17.     From the time of incorporation to the present, Miguel Gonzalez at least partially owned Installers.

18.     From the time of incorporation to the present, Miguel Gonzalez served as Installers' President.

19.     Antonio Torres also served as part of Installers' management team.

20.     Installers' physical address has always been the same as Iron Works' physical address.

21.     Installers' mailing address has always been the same as Iron Works' physical address.

22.     Installers' primary phone number has always been the same as Iron Works' primary phone number.

23.     Installers has always been an employer engaged in activity affecting interstate commerce, specifically, ornamental and architectural iron work on residential, commercial, and industrial projects.

24.    Westgate Addison, LLC ("Westgate") organized in Illinois on November 24, 2004. (Ex. D).

25.    From the time of organization to the present, Miguel Gonzalez at least partially owned Westgate.

26.    From the time of organization to the present, Miguel Gonzalez served as a manager for Westgate.

27.    Westgate's physical address has always been the same as Iron Works' physical address.

28.    Westgate's mailing address has always been the same as Iron Works' physical address.

29.    Westgate has always been an employer engaged in activity affecting interstate commerce, specifically, ornamental and architectural iron work.

30.    Iron Works never entered into a Collective Bargaining Agreement ("CBA") with the Union.

31.    Erectors entered into a CBA with the Union on November 3, 2003. (Ex. E).

32.    Installers entered into a CBA with the Union on March 20, 2006. (Ex. F).

33.    The iron work performed by Iron Works, Erectors, Installers, and Westgate is covered-work under Article I, Section 1.1. of the CBA. (Ex. G).

34.    Erectors contributed to the Funds throughout its existence.

35.    Installers has regularly contributed to the Funds throughout its existence.

36.    Iron Works has occasionally contributed to the Funds, signing contribution reports containing a certification binding it to the Union's CBA.

37.     Union member Antonio Solis received wage statements on Iron Works' letterhead regarding wages paid to the member through Erectors.  (Ex. H).

38.     The Iron Works/Erectors wage statements reflect the reduction of Solis' due union-scale by converting a higher number of hours actually worked to a lesser number of hours paid at union scale, so that the total amount paid approximates the actual hours worked at Iron Works' non-Union rate.

39.     Union member Richard Sandoval received wage statements in close, temporal proximity from Installers and Iron Works, with the Iron Works statements reflecting a lower cash payrate and no fringe benefit contributions.  (Ex. I).

40.     Union member Sandoval also received wage statements in close, temporal proximity from Installers and Westgate, with the Westgate statements reflecting a lower cash payrate and no fringe benefit contributions.  (Ex. I).

41.     Union members Juan Becerra, Alfonso Herrejon, Miguel Herrejon, have also worked simultaneously and received wages from both Installers and Iron Works.

42.     Iron Works has a website: http://www.legnairon.com, advertising "All services in one place," including "Installation."  (Ex. J).

43.     The Iron Works website indicates "We not only fabricate iron and structural steel, we also install your project throughout Chicago."  (Ex. J).

44.     Installers' employees have used the same vehicles, and/or tools, and/or equipment used by Iron Works on its projects.

45.     Iron Works' employees have used the same vehicles and/or tools, and/or equipment used by Installers on its projects.

46.     Installers' employees have used the same vehicles, and/or tools, and/or equipment used by Westgate on its projects.

47.     Westgate's employees have used the same vehicles, and/or tools, and/or equipment used by Installers on its projects.

48.     Iron Works and Installers have shared general contractors, including the Chicago Public Schools, Path Construction, and Linn Mathes.

## COUNT I – DECLARATORY JUDGMENT
### (Single Employer)

49.     Plaintiffs reallege Paragraphs 1 through 48 as if more fully stated herein.

50.     Iron Works, Installers, and Westgate share common ownership in the person of Miguel Gonzalez.

51.     Iron Works, Installers, and Westgate share common management, including over labor relations, in the person of Miguel Gonzalez.

52.     Iron Works and Westgate treat Installers' employees as their own, the same way Iron Works treated Erectors' employees as its own.

53.     Iron Works, Installers and Westgate share the same business, to perform architectural and ornamental iron work.

54.     Iron Works, Westgate, and Installers are operationally indistinguishable as they share the same physical and mailing address, same phone number, same equipment, same customers, and same employees.

55.     Defendants are so substantially integrated that they form a single employer.

**WHEREFORE**, Plaintiffs pray for relief as follows:

A.      That this Court declare Defendants to be a single employer;

B.     That this Court declare the purported non-Union Defendants, Iron Works and Westgate, as a single employer with Installers, bound to Installers' CBA.

## COUNT II – DECLARATORY JUDGMENT
### (Alter Ego)

56.     Plaintiff Funds reallege paragraphs 1 through 48 and 50 through 55 as though fully set forth herein.

57.     The purpose of the continued, simultaneous operation of Iron Works, Westgate and Installers, was to permit Iron Works and Westgate to use skilled Union labor, while avoiding the attending labor obligations for such employees.

**WHEREFORE**, Plaintiffs pray for relief as follows:

A.     That this Court declare the purported non-Union Defendants, Iron Works and Westgate to be the alter egos of Installers

B.     That this Court declare the purported non-Union Defendants, Iron Works and Westgate, as a single employer with Installers, bound to Installers' CBA.

## COUNT III – AUDIT

58.     Plaintiff Funds reallege paragraphs 1 through 48 and 50 through 55, and 57, as though fully set forth herein.

59.     The Union CBA binds covered employers to the terms of the Trust Agreements that created the Funds.

60.     The Union CBA and Trust Fund Agreements requires that covered employers submit their books and records to the Funds' auditors to determine if the employer has met its contribution obligations to the Funds.

61.     Judicial precedent further holds that courts may order fringe benefit contribution compliance audits of non-signatory employers alleged to be single employers or alter egos, prior

7

to a judicial determination that the employer is a single employer with or alter ego of a Union-signatory.

**WHEREFORE**, Plaintiffs pray for relief as follows:

A. That this Court order all Defendants to submit their books and records to Plaintiffs' auditor for an ERISA fringe benefit contribution compliance audit covering the ten years prior to the filing of this Complaint;

B. That this Court award Plaintiffs judgment on any delinquent contributions detected by the audit;

C. That this Court award Plaintiffs liquidated damages and interest, as provided in the CBA and ERISA;

D. That Plaintiffs be awarded their costs herein, including reasonable attorneys' fees, as provided in the CBA and ERISA;

E. That this Court grant Plaintiffs such other and further relief as it may deem appropriate under the circumstances.

Respectfully submitted,
**Architectural Ironworkers' Local No. 63 Welfare Fund, et.al.**

By: /s Andrew S. Pigott
        One of their Attorneys

Andrew S. Pigott
ARDC #: 6278244
GREGORIO, STEC, KLEIN & HOSÉ
2 N. LaSalle St, Suite 1650
Chicago, Illinois 60602
(312) 263-2343
apigott@gregoriolaw.com

# Exhibit A

# OFFICE OF THE ILLINOIS SECRETARY OF STATE

JESSE WHITE
SECRETARY OF STATE

## Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 55689938 |
| Entity Name | LEGNA IRON WORKS, INC. |
| Status | NOT GOOD STANDING |

### Entity Information

| | |
|---|---|
| Entity Type | CORPORATION |
| Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | Thursday, 5 October 1989 |
| State | ILLINOIS |
| Duration Date | PERPETUAL |

### Agent Information

| | |
|---|---|
| Name | DIGIOVINE HNILO JORDAN&JOHNSON |
| Address | 2570 FOXFIELD RD STE 301<br>SAINT CHARLES , IL 60174 |
| Change Date | Tuesday, 11 October 2011 |

### Annual Report

| | |
|---|---|
| Filing Date | 00/00/0000 |
| For Year | 2022 |

### Officers

| | |
|---|---|
| President<br>Name & Address | MIGUEL A GONZALEZ 242 REMINGTON DR BARTLETT IL 60103 |
| Secretary<br>Name & Address | LETICIA GONZALEZ SAME |

Return to Search

File Annual Report

---

About Us

> Office of the Secretary of State
> Secretary of State Jesse White

Social Media



Contact Us

213 State Capitol
Springfield, IL 62756
800-252-8980 (toll free in Illinois)

# Exhibit B

OFFICE OF THE ILLINOIS SECRETARY OF STATE



JESSE WHITE
SECRETARY OF STATE



## Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 60929432 |
| Entity Name | R G ERECTORS, INC. |
| Status | DISSOLVED |
| | Involuntary Dissolution on Friday, 14 August 2009 |

### Entity Information

| | |
|---|---|
| Entity Type | CORPORATION |
| Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | Monday, 27 March 2000 |
| State | ILLINOIS |
| Duration Date | PERPETUAL |

### Agent Information

| | |
|---|---|
| Name | ALBERT L GRASSO |
| Address | 30 S WACKER DRIVE 26TH FLOOR<br>CHICAGO , IL 60606 |
| Change Date | Thursday, 6 December 2001 |

### Annual Report

| | |
|---|---|
| Filing Date | 00/00/0000 |
| For Year | 2009 |

### Officers

| | |
|---|---|
| President<br>Name & Address | ANOTNIO TORRES 80 W CENTRAL AVE ROSELLE 60172 |

Return to Search

Reinstate your Dissolved Corporation

About Us
> Office of the Secretary of State
> Secretary of State Jesse White
> Privacy Policy

Social Media
 

Contact Us
213 State Capitol
Springfield, IL 62756
800-252-8980 (toll free in Illinois)

# Exhibit C



JESSE WHITE
SECRETARY OF STATE

## Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 64805886 |
| Entity Name | LEGNA INSTALLERS INC |
| Status | ACTIVE |

### Entity Information

| | |
|---|---|
| Entity Type | CORPORATION |
| Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | Monday, 20 March 2006 |
| State | ILLINOIS |
| Duration Date | PERPETUAL |

### Agent Information

| | |
|---|---|
| Name | ALBERT L GRASSO |
| Address | 30 S WACKER DR STE 2600 CHICAGO , IL 60606 |
| Change Date | Monday, 20 March 2006 |

### Annual Report

| | |
|---|---|
| Filing Date | Wednesday, 20 April 2022 |
| For Year | 2022 |

### Officers

| | |
|---|---|
| President Name & Address | MIGUEL A GONZALEZ 80 W CENTRAL AVE ROSELLE IL 60172 |
| Secretary Name & Address | MIGUEL A GONZALEZ SAME |

Return to Search

File Annual Report

Adopting Assumed Name

Articles of Amendment Effecting A Name Change

Change of Registered Agent and/or Registered Office

Purchase Certificate of Good Standing

(One Certificate per Transaction)



# Exhibit D



JESSE WHITE
SECRETARY OF STATE

## Corporation/LLC Search/Certificate of Good Standing

LLC File Detail Report

| | |
|---|---|
| File Number | 01351567 |
| Entity Name | WESTGATF ADDISON LLC |
| Status | ACTIVE |

### Entity Information

| | |
|---|---|
| Principal Office | 80 W CENTRAL AVE<br>ROSELLE, IL 60172 |
| Entity Type | LLC |
| Type of LLC | Domestic |
| Organization/Admission Date | Wednesday, 24 November 2004 |
| Jurisdiction | IL |
| Duration | PERPETUAL |

### Agent Information

| | |
|---|---|
| Name | KATE L MCCRACKEN |
| Address | 1001 E MAIN ST STE G<br>SAINT CHARLES , IL 60174 |
| Change Date | Friday, 25 March 2022 |

### Annual Report

| | |
|---|---|
| For Year | 2022 |
| Filing Date | 00/00/0000 |

### Managers

| | |
|---|---|
| Name | GONZALEZ, MIKE |
| Address | 80 W CENTRAL<br>ROSELLE, IL 60172 |

### Series Name

NOT AUTHORIZED TO ESTABLISH SERIES

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

Purchase Certificate of Good Standing
(One Certificate per Transaction)

# Exhibit E

## MEMORANDUM OF AGREEMENT

THIS ACCEPTANCE AGREEMENT made and entered into by and between _R G Erectors Inc_ (hereinafter referred to as "Employer") and ARCHITECTURAL AND ORNAMENTAL IRON WORKERS UNION LOCAL #63, AFL–CIO (hereinafter referred to as "Union").

In consideration of the mutual promises made to each other, the parties hereby agree as follows:

1. The undersigned Employer has examined the collective bargaining agreement (the "Agreement") currently in effect between ARCHITECTURAL AND ORNAMENTAL IRON WORKERS UNION LOCAL #63, AFL–CIO and IRON LEAGUE OF CHICAGO, INC. (the "Association"). The Employer hereby accepts and becomes bound as a party to the Agreement in its entirety, which is incorporated by reference as if set forth fully herein. The Employer further agrees to be bound by any subsequent successors, renewals, amendments, modifications, replacements and addenda to the Agreement unless this acceptance agreement is timely terminated in accordance with the provisions below. The Employer agrees that the Union's notice to the Association of intent to terminate, open or modify the underlying Agreement shall be considered as notice to the undersigned.

2. This acceptance agreement may be terminated by either party giving written notice of termination to the other by registered letter not less than 120 days and not more than 150 days prior to the current expiration date of the underlying Agreement, its successor or renewal, such termination to become effective as of the applicable expiration date.

3. The Employer agrees to pay the amounts of the contributions which it is bound to pay to the several fringe benefit funds described in the Agreement and agrees to and is hereby bound by and considered to be a party to the Agreements and Declarations of Trust creating each of said trust funds, together with any restatements or amendments thereto which have been or may be adopted, as if it has been a party to and signed the original copies of the trust instruments. The Employer ratifies and confirms the appointment of each of the Employer Trustees, who shall, together with their successor Trustees designated in the manner provided in said Agreements and Declarations of Trust, and where applicable, jointly with an equal number of trustees representing employees, carry out the terms and conditions of the trust instruments.

4. The Employer acknowledges and agrees that the Union is authorized to, and represents a majority of the Employer's employees in the bargaining unit covered by this Agreement, the Employer recognizes the Union as the exclusive collective bargaining agent under Section 9(a) of the NLRA for all employees within the bargaining unit on all present and future jobs within the Union's jurisdiction. This voluntary recognition shall continue in effect after termination of this acceptance agreement until such time as the Union is finally decertified following an NLRB election initiated by the employees, and the Employer hereby agrees that it will not request an NLRB election and expressly waives any right it may have to do so.

IN WITNESS WHEREOF, the parties have executed this agreement the _3_ day of _MV_ , 20_12._

EMPLOYER:

By: _____
(Signature)

_Antonio Torres_
(Printed)

_Pres._
Title

_80 W Central_
Address

_Roselle IL 60172_
State          Zip

_(630) 688-4141_
Phone

ARCHITECTURAL AND ORNAMENTAL
IRON WORKERS UNION LOCAL #63

By: _____

_____
Title

_(630) 894-8061_
Fax

# Exhibit F

## MEMORANDUM OF AGREEMENT

THIS ACCEPTANCE AGREEMENT made and entered into by and between
_Legna Installers, Inc._ (hereinafter referred to
as "Employer") and ARCHITECTURAL AND ORNAMENTAL IRON WORKERS UNION
LOCAL #63, AFL–CIO (hereinafter referred to as "Union").

In consideration of the mutual promises made to each other, the parties hereby agree as
follows:

1. The undersigned Employer has examined the collective bargaining agreement (the
"Agreement") currently in effect between ARCHITECTURAL AND ORNAMENTAL IRON
WORKERS UNION LOCAL #63, AFL–CIO and IRON LEAGUE OF CHICAGO, INC. (the
"Association"). The Employer hereby accepts and becomes bound as a party to the Agreement
in its entirety, which is incorporated by reference as if set forth fully herein. The Employer
further agrees to be bound by any subsequent successors, renewals, amendments, modifications,
replacements and addenda to the Agreement unless this acceptance agreement is timely
terminated in accordance with the provisions below. The Employer agrees that the Union's notice
to the Association of intent to terminate, open or modify the underlying Agreement shall be
considered as notice to the undersigned.

2. This acceptance agreement may be terminated by either party giving written notice
of termination to the other by registered letter not less than 120 days and not more than 150 days
prior to the current expiration date of the underlying Agreement, its successor or renewal, such
termination to become effective as of the applicable expiration date.

3. The Employer agrees to pay the amounts of the contributions which it is bound
to pay to the several fringe benefit funds described in the Agreement and agrees to and is hereby
bound by and considered to be a party to the Agreements and Declarations of Trust creating each
of said trust funds, together with any restatements or amendments thereto which have been or
may be adopted, as if it has been a party to and signed the original copies of the trust
instruments. The Employer ratifies and confirms the appointment of each of the Employer
Trustees, who shall, together with their successor Trustees designated in the manner provided in
said Agreements and Declarations of Trust, and where applicable, jointly with an equal number
of trustees representing employees, carry out the terms and conditions of the trust instruments.

4. The Employer acknowledges and agrees that the Union is authorized to, and
represents a majority of the Employer's employees in the bargaining unit covered by this
Agreement, the Employer recognizes the Union as the exclusive collective bargaining agent under
Section 9(a) of the NLRA for all employees within the bargaining unit on all present and future
jobs within the Union's jurisdiction. This voluntary recognition shall continue in effect after
termination of this acceptance agreement until such time as the Union is finally decertified
following an NLRB election initiated by the employees, and the Employer hereby agrees that it
will not request an NLRB election and expressly waives any right it may have to do so.

IN WITNESS WHEREOF, the parties have executed this agreement the _10_ day of
_MAR 20_ , 20 _06_ .

| EMPLOYER: | ARCHITECTURAL AND ORNAMENTAL IRON WORKERS UNION LOCAL #63 |
|---|---|
| By: _Miguel A. Gonzalez_ | By: _____ |
| (Signature) | |
| _Miguel A. Gonzalez_ | Title _qvj. Ag_ |
| (Printed) | |
| _PRESIDENT_ | |
| Title | |
| _80 W. central ave._ | |
| Address | |
| _Roselle_ _IL_ _60172_ | |
| City   State   ZIP | |
| _630- 894 - 8056_ | _630-894 8061_ |
| Phone | |

# Exhibit G



MISCELLANEOUS
AGREEMENT

BETWEEN

IRON LEAGUE OF CHICAGO, INC.

and

ARCHITECTURAL AND ORNAMENTAL

IRON WORKERS' UNION, LOCAL NO. 63

of the

INTERNATIONAL ASSOCIATION OF

BRIDGE, STRUCTURAL, ORNAMENTAL

AND

REINFORCING IRON WORKERS

(AFL-CIO)

JUNE 1, 2021 TO MAY 31, 2024

114

AGREEMENT BETWEEN IRON LEAGUE
OF CHICAGO, INC.
and
ARCHITECTURAL AND ORNAMENTAL
IRON WORKERS' UNION, LOCAL NO. 63
of the
INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS (AFL-CIO)

THIS AGREEMENT is made and entered into this 1st day of June, 2021, by and between: IRON LEAGUE OF CHICAGO, INC., for and on behalf of its member companies and other companies whose names are set forth in Exhibit A attached hereto and forming a part of this Agreement, each of which is hereinafter referred to as the "Employer", and ARCHITECTURAL AND ORNAMENTAL IRON WORKERS' UNION, LOCAL NO. 63 of the International Association of Bridge, Structural, and Ornamental and Iron Workers (AFL-CIO), hereinafter referred to as the "Union." Subject to the provisions of Article 31, this Agreement shall be in full force and effect through May 31, 2024.

## ARTICLE I
### Bargaining Unit

1.1 Bargaining Unit shall consist of all employees engaged in field fabrication, production, erection, and construction covered by the occupational jurisdiction of the Union and customs of the trade including, but not limited to, the distributing, erection, installation, removal, uncrating and recrating, unloading and reloading, relocation, repair, maintenance, layout, removal, replacement, handling, cutting, bending, wrecking, dismantling, rigging, job site fabrication, framing, drilling, fitting, burning, incidental building of

1

scaffolding, welding by acetylene and electric machines and welding by combination of various gases and electricity; and construction of all iron, steel, ornamental lead, bronze, brass, copper, aluminum, all ferrous and non-ferrous metals; precast, prestressed and poststressed concrete structures; agitators; air ducts; application of all sealants such as Thiokol, Neoprene and similar types of plastic sealants used to seal metal to metal surfaces, access doors and frames, air conditioner cans, amusement equipment, anchors, aprons, aqueducts, atriums, awnings, backstops, baffle frames, baffle plates, bank fixtures, bar joist, bells, bi-fold doors, blast furnaces, bleachers, boat borings and piers, boilers (sectional water tube and tubular), bollards, book stacks, agents and ticket booths, boxes, bracing, brackets, bridges, bridge rail, bucks, all plastic building products supplementing metal shapes and structural members, bumpers, bumper posts, bunkers, cableways, cable slots, cable wells, caissons, cages, canopies, walkway canopies, unistrut canopies, caps, cardox, car ports and enclosures, car lift fronts, cast tilting, catwalks, caulking backing (fillers and synthetics), cells, chain link fabric, chain fence, chain link fence, clips, clocks, cofferdams, collapsible gates, collars column casings, column covers, composite products of all types, concentrators, conveyors, coolers, coping, corbels, corrugated sheets, when attached to steel frames, counter supports, conservatories, cranes (the erection, installation, handling, operating, and maintenance on all forms of construction work), crushers, cupolas, curb guards, curtains, curtain wall, curtain wall components, draw curtains, stage curtains and rigging, dams, decking (metal), roof decking (such as "Cofar" and similar type materials, as well as "Trusdeck, Mahon" M deck and other dual purpose type roof deck), decorations and displays, demolition, derricks, directory boards, room dividers, docks, dock levelers, domes, doors, metal or metal clad doors and frames, dredges,

2

drums, duct and trench frames and plates, dumb waiter enclosures and fronts, dumpers, elevator cars, elevator fronts and enclosures, elevator dust covers and fascia, enamel tanks, enamel vats, escalators, escalator trim approaches and subframing, ETFE (ethylene tetraflouroethylene) systems in its entirety, expanded metals, expansion joints, erection, rigging or dismantling of all false work, fans, fascia panels, fencing, fiberglass and/or plastic substitutes of any shape used in place of steel or aluminum, fins, fire doors in metal frames, fire escapes, fire equipment, fire breaks and fire stops, fire curtains, flag poles, flagging, floor construction and flooring, floor plates, flumes, folding glass walls, frames, frames in support of boiler, fronts, fur rooms, assembling, erection and handling of metal furniture, galleries, modular and standard, metal gates or barbed wire and all other types of fence materials erected on other structures and foundation work, glazing of raw glass, glass, glass fence, glass stops, grab bars, grills, grill work, greenhouses, green screen, guard cable, guard houses, guard rails, gymnasium equipment, hangars, hanging ceilings, highway delineates and reflectors (metal or synthetic), highway safety divides, highway signs and markers, highway metal plate guard rail, hoppers, hospital room T.V. supports, hospital room gas supports, inclines, inserts, insulation related to our work, insulation of all types and applications, integrated curtain wall systems, iron doors, jail cells and jail cell maintenance and operators, jail cell beds, benches, bunks, chairs, tables, mirrors, security ceilings, jail cell access doors, kalomeined doors, kick plates, kilns, kinetic walls, ladders, letters and numerals, lightweight metal framing, light supports, lintels, lock and dam gates, lockers, locks, locksmithing, louvers, machinery (moving, hoisting, lowering and placing on foundations), magnetic walls, mail chutes and boxes, making and installation of all articles made of wire, marquees, material altered in field such as: framing,

3

cutting, bending, drilling, burning and welding by acetylene gas and electric machines; metalizing, metal curtain wall (prefabricated, cut-to-fit in field and preglazed), metal drum barriers, metal floor decking; metal forms and false works pertaining to concrete construction, metal windows and enclosures, metal studs, mixers, modular buildings, monorails, monitor supports, museum exhibits, multi-plate, name plates, nosings, numerals, operating devices, operating and dental room light equipment, ornamental iron fence, oxygen and gas pipe supports, ovens, pans, panic bar devices and locks, panels (insulated and non-insulated, factory and field assembled), Q-panel, any type panel pertaining to curtain-wall whether it be stone, aggregate or precast, partitions, toilet partitions and supports, pedestrian walkway canopies and covers, pedi mats, peep hole slots, pen stocks, perforated panel, perforated-wall system, photovoltaic walls, pile drivers, pipe railing, plaques, plank seating, plastic and synthetic fences, platforms, plates, playground equipment, poles, poster frames, porch supports, porcelain enameled panels, posts, precast concrete fencing (permanent and temporary), precast stairs, prefabricated metal buildings, preglazed windows, preglazed architectural wall units, storefront, and window walls, pulverizers, racks and metal storage rack systems, radiator enclosures, railings (including pipe), glass railing of any type, railroad bridgework and maintenance, rain screen and supports, reservoirs, retractable walls and doors, rigging (including shipyards, navy yards, vessels and government departments), rolling grills and shutters, roofs, roof hatches, mansard roofs, space roof systems, safety deposit box fronts and trim, safe deposit vents, safes, safe equipment (night depositories and drive-up equipment), sash and preglazed sash, scaffolding, scenery equipment, scoreboards and supports, screen, screen wall system, sculptures and art objects, scum plates, seats, seating and plant seating, sheet

4

metal on fence departments), framework, security ceilings, sheet piling, shelving, shoring, sidewalk and vault lights, sills and sill plates, signs, skate wheels, skid steer (lull), skip hoists, skylights, skylight support steel, slides, slope wall, smoke conveyors, smoke plates, snow fence, soffits, solar panels, solar screens, sound walls, space frames, spandrels, stabilizer bars, metal and precast concrete spillways, statues, stacks, stacker cranes, stadium seating, stage equipment and counterweight systems and rigging for asbestos curtain, stairs, stairway and spiral stairs, specialty items historically fabricated by fence and iron contractors and any other associative work in its totality, steel and fire proof curtains, storefronts and entrances, stokers, storage rooms, stoves, subways, sun shades, supports steel for signs, swimming pool equipment, tables, tanks, target ranges, target range baffles, booths, and conveyors, temporary fencing, tents, thimbles, thresholds, tight lacing or metal strips for decorative or protective purposes on fencing, towers, tracks, track frames, tracks and guides, tracks and supports, tramways, transfer validating and transfer issue machines, trash disposals, trash compactors, travelers, traveling sheaves, trellises, trim on vaults, trusses (steel, Howe and combination), tunnels, turnstiles, Unistruts, vanity support steel, vats, vault doors, vaults, ventilators, vertical hydraulic elevators, vessels, viaducts, wall tires, wainscoting, waste compactors, weather stripping, weather vanes, weirs and weir plates, wheel guards, winches, wind screen and supports, window walls, windows, window washing hooks, window and door screens, brackets and guards, window stools, wickets, wire mesh, windows washer track, wire work, wrecking and dismantling all of the above and all housesmith work and submarine diving in connection with or about same, all layout work for the above regardless of equipment needed to perform operations, all work in connection with starting, stopping, operating, maintaining all

5

equipment used in the performance of the above listed work, and all labor involved in water and wind testing of windows and curtainwall. The above claims are subject to trade agreements and decisions of jurisdictional disputes settling plan of the Building and Construction Trades Department.

## ARTICLE 2
### Recognition

2.1 The Employer recognizes the Union as the sole and exclusive bargaining representative for the employees, now or hereafter employed in the Bargaining Unit for the purpose of collective bargaining in respect to pay, wages, hours of employment or other conditions of employment. All work within the trade jurisdiction of the Union which the Employer undertakes to perform with its employees shall be performed by employees covered by this Agreement.

## ARTICLE 3
### Jurisdictional Disputes Over Craft Jurisdiction

3.1 This Agreement covers all field erection and construction work traditionally performed by and coming under the jurisdiction of the Association. The Employer recognizes that the claimed scope of work covered under this Agreement by the Association is that provided for but not limited to the jurisdictional claims contained within the charter grant issued by the AFL to the Association and contained in Article 4 of the Association's Constitution.

3.2 Agreements, National in Scope between Iron Workers International Association and other International Unions covering work jurisdiction and allocation and division of work among employees represented for the purpose of collective bargaining by such labor organizations, shall be respected and applied by the Employer.

6

# Exhibit H



Antonio H. Solis

SS#

Pay Period 1/16/2005 thru 1/22/2005
Total Hours Worked:     50
Total Hours Paid:        53.62
Regular Hourly Rate:   $15.50
Overtime Hourly Rate:  $23.25

    40 Hrs. @ $15.50 = $620.00
    10 Hrs. @ $23.25 = $232.50

Total Gross Amount:     $852.50

Hours Paid through Legna: 0 Hrs.

    0 Hrs. @ $15.50 = 0

Hours Paid through RG: 29 Hrs.

    29 Hrs. @ 32.3 = $936.70

Total Gross Amount Paid:     $936.70



Antonio Solis

SS#

Pay Period 10/5/2003 thru 10/11/2003

Total Hours Worked:     40.00
Total Hours Paid:       46.51
Regular Hourly Rate:    $15.50
Overtime Hourly Rate:   $23.25

        40.00 Hrs. @ $15.50 = $620.00
        0.00 Hrs. @ $23.25 = $0.00

Total Gross Amount:     $620.00

Hours Paid through Legna: 0 Hrs.

        0 Hrs. @ $15.50 = $0.00

Hours Paid through RC: 24.00 Hrs.

        24.00 Hrs. @ $30.85 = $740.40

Total Gross Amount Paid:     $740.40

# LEGNA
## IRON WORKS, INC.

Antonio Solis

SS#

Pay Period 6/22/2003 thru 6/28/2003

Total Hours Worked: 41.58
Total Hours Paid: 41.58
Regular Hourly Rate: $15.50
Overtime Hourly Rate: $23.25

40.00 Hrs. @ $15.50 = $620.00
1.58 Hrs. @ $23.25 = $36.74

Total Gross Amount:     $656.74

Hours Paid through Legna: 0 Hrs.

0 Hrs. @ $15.50 = $0.00

Hours Paid through RG: 24.00 Hrs.

24.00 Hrs. @ $30.85 = $740.40

Total Gross Amount Paid:     $740.40

# LEGNA
## IRON WORKS, INC.

Antonio Solis

SS:

Pay Period 5/11/2003 thru 5/17/2003

Total Hours Worked:    40.33
Total Hours Paid:      40.33
Regular Hourly Rate:   $15.50
Overtime Hourly Rate:  $23.25

40.00 Hrs. @ $15.50 = $620.00
0.33 Hrs. @ $23.25 = $7.67

Total Gross Amount:    $627.67

Hours Paid through Legna: 0 Hrs.

0 Hrs. @ $15.50 = $0.00

Hours Paid through RG: 24.00 Hrs.

24.00 Hrs. @ $29.85 = $716.40

Total Gross Amount Paid:    $716.40



# LEGNA
## IRON WORKS, INC.

Antonio Solis

SS#

Pay Period 3/01/2003 thru 3/15/2003

Total Hours Worked:   50.25
Total Hours Paid:      50.25
Regular Hourly Rate:  $15.50
Overtime Hourly Rate: $23.25

    40.00 Hrs. @ $15.50 = $620.00
    10.25 Hrs. @ $23.25 = $238.31

Total Gross Amount:   $858.31



Hours Paid through Legna: 0 Hrs.

    0 Hrs. @ $15.50 = $0.00

Hours Paid through RG: 30.00 Hrs.

    30.00 Hrs. @ $29.85 = $895.50

Total Gross Amount Paid:   $895.50

# Exhibit I

**ADP**

# Earnings Statement

SEQ 000381
Company Code
R47 V12 2551281
Legna Iron Works Inc
80 Central Ave
Roselle, IL 60172

Loc/Dept: 01/
Number: 105570
Page: 1 of 1

Period Starting: 01/09/2022
Period Ending: 01/15/2022
Pay Date: 01/21/2022

Taxable Marital Status: Married
Exemptions/Allowances:
Tax Override:
Federal: 1     Federal:
State: 1     State:
Local: 0     Local:
Social Security Number: XXX-XX-XXXX

## Richard Sandoval ⑤

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 40.00 | 860.00 | 2,408.00 |
| Overtime | 32.2500 | 7.50 | 241.88 | 677.26 |
| Holiday | | | 0.00 | 172.00 |
| **Gross Pay** | | | **$1,101.88** | **$3,257.26** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -84.40 | 247.39 |
| Social Security | -68.32 | 201.95 |
| Medicare | -15.98 | 47.23 |
| Illinois State Income | -52.23 | 154.30 |
| **Net Pay** | **$880.95** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Total Hours Worked | 47.50 | 133.00 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are **$1,101.88**

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

**ADP**

# Earnings Statement

SEQ 000376
Company Code
R47/Vi2 22551261
Legra Iron Works Inc
80 Central Ave
Roselle, IL 60172

Loc/Dept: 01/

Number: 105589  Page: 1 of 1

Period Starting: 01/16/2022
Period Ending: 01/22/2022
Pay Date: 01/28/2022

## Richard Sandoval

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 1      Tax Overrides:
State: 1         Federal:
Local: 0         State:
Social Security Number: XXX-XX-XXXX      Local:

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 40.00 | 860.00 | 3268.00 |
| Overtime | 32.2500 | 7.50 | 241.88 | 919.14 |
| Holiday | | | 0.00 | 172.00 |
| Gross Pay | | | $1,101.88 | $4,359.14 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -67.40 | 331.79 |
| Social Security | -68.32 | 270.27 |
| Medicare | -15.98 | 63.21 |
| Illinois State Income | -52.23 | 206.53 |
| Net Pay | $880.95 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Total Hours Worked | 47.50 | 180.50 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $1,101.88

©1998, 2006, ADP, Inc. All Rights Reserved.

◄ TEAR HERE

**ADP**

# Earnings Statement

SEQ 000288
Company Code
R47 VI2 22551261
Legna Iron Works Inc
80 Central Ave
Roselle, IL 60172

Loc/Dept
01/

Number   Page
106627   1 of 1

Period Starting:   01/30/2022
Period Ending:     02/05/2022
Pay Date:          02/11/2022

Taxable Marital Status:   Married
Exemptions/Allowances:                  Tax Override:
  Federal:   1                            Federal:
  State:     1                            State:
  Local:     0                            Local:
Social Security Number:   XXX-XX-XXXX

## Richard Sandoval

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 32.00 | 688.00 | 4816.00 |
| Overtime | 32.2500 | 6.00 | 193.50 | 1354.52 |
| Vacation | 21.5000 | 8.00 | 172.00 | 172.00 |
| Holiday | | 0.00 | 0.00 | 172.00 |
| **Gross Pay** | | | **$1,053.50** | **$6,514.52** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -78.59 | 494.78 |
| Social Security | -65.32 | 403.90 |
| Medicare | -15.28 | 94.46 |
| Illinois State Income | -49.84 | 308.60 |
| **Net Pay** | **$844.47** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Total Hours Worked | 38.00 | 266.00 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are **$1,053.50**

©1998, 2006, ADP, Inc. All Rights Reserved.

▶ TEAR HERE



**ADP**

# Earnings Statement

SEQ 000407
Company Code
R4 / VI2 22551261
Legna Iron Works Inc
80 Central Ave
Roselle, IL 60172

| Loc/Dept | Number | Page |
|----------|--------|------|
| 01/ | 105551 | 1 of 1 |

Period Starting: 01/02/2022
Period Ending: 01/08/2022
Pay Date: 01/14/2022

Taxable Marital Status: Married
Exemptions/Allowances: Tax Override:
Federal: 1   Federal:
State: 1   State:
Local: 0   Local:
Social Security Number: XXX-XX-XXXX

## Richard Sandoval

| Earnings | rate | hours/units | this period | year to date |
|----------|------|-------------|-------------|--------------|
| Regular | 21.5000 | 40.00 | 860.00 | 1548.00 |
| Overtime | 32.2500 | 7.50 | 241.88 | 435.38 |
| Holiday | | | 0.00 | 172.00 |
| **Gross Pay** | | | **$1,101.88** | **$2,155.38** |

| Statutory Deductions | this period | year to date |
|----------------------|-------------|--------------|
| Federal Income | -84.40 | 162.99 |
| Social Security | -68.32 | 135.63 |
| Medicare | -15.97 | 31.25 |
| Illinois State Income | -52.23 | 102.07 |
| **Net Pay** | **$880.97** | |

| Other Benefits and Information | this period | year to date |
|--------------------------------|-------------|--------------|
| Sick | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 16.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 16.00 |
| Total Hours Worked | 47.50 | 85.50 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $1,101.88

©1998, 2006, ADP, Inc., All Rights Reserved.

◄ TEAR HERE

03/11/2022

Richard Sandoval                                        **880.97

*****Eight hundred eighty and 97/100

Richard Sandoval

**EMPLOYER**
Westgate Addison, LLC
80 W Central Ave.
Roselle IL 60172

**PAY PERIOD**
Period Beginning       02/27/2022
Period Ending:         03/05/2022
Pay Date:              03/11/2022
Total Hours:           47.50

**EMPLOYEE**
Richard Sandoval

**NET PAY:**                                            **$880.97**

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|-----|-------|------|---------|-----|------------|---------|-----|
| Regular Pay | 40.00 | 21.50 | 860.00 | 5160.00 | | | |
| Overtime | 7.50 | 32.25 | 241.88 | 1402.90 | | | |

| TAXES | Current | YTD |
|-------|---------|-----|
| Federal Income Tax | 84.40 | 500.59 |
| Social Security | 68.31 | 406.89 |
| Medicare | 15.97 | 95.15 |
| IL Income Tax | 52.23 | 310.99 |

Net Pay        **$880.97**

03/18/2022

Richard Sandoval                                             **880.97

*****Eight hundred eighty and 97/100

Richard Sandoval

---

**EMPLOYER**
Westgate Addison, LLC
80 W Central Ave.
Roselle IL 60172

**PAY PERIOD**
Period Beginning          03/06/2022
Period Ending:            03/12/2022
Pay Date:                 03/18/2022
Total Hours:              47.50

**EMPLOYEE**
Richard Sandoval

**NET PAY:**                                     $880.97

---

**MEMO:**

| PAY | Hours | Rate | Current | YTD | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 21.50 | 860.00 | 6020.00 | | | | |
| Overtime | 7.50 | 32.25 | 241.88 | 1644.78 | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 84.40 | 584.99 |
| Social Security | 68.31 | 475.20 |
| Medicare | 15.97 | 111.12 |
| IL Income Tax | 52.23 | 363.22 |

**Net Pay**                          $880.97

03/25/2022

Richard Sandoval                                                    **698.58

*****Six hundred ninety eight and 58/100

Richard Sandoval

**EMPLOYER**                              **PAY PERIOD**
Westgate Addison, LLC                     Period Beginning        03/13/2022
80 W Central Ave.                         Period Ending:          03/19/2022
Roselle IL 60172                          Pay Date:               03/25/2022
                                          Total Hours:            40.00

**EMPLOYEE**
Richard Sandoval

                                          **NET PAY:**            **$698.58**

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|------|------|------|---------|---------|------------|---------|-----|
| Regular Pay | 0.00 | 21.50 | 0.00 | 6880.00 | | | |
| Overtime | 0.00 | 32.25 | 0.00 | 1886.68 | | | |
| Vacation | 40.00 | 21.50 | 860.00 | 860.00 | | | |

| TAXES | Current | YTD |
|-------|---------|-----|
| Federal Income Tax | 55.37 | 669.39 |
| Social Security | 53.32 | 543.51 |
| Medicare | 12.47 | 127.09 |
| IL Income Tax | 40.26 | 415.45 |

                                          Net Pay          **$698.58**

04/08/2022

Richard Sandoval                                                    **568.08

*****Five hundred sixty eight and 08/100

Richard Sandoval

---

**EMPLOYER**
Westgate Addison, LLC
80 W Central Ave.
Roselle IL 60172

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 03/27/2022 |
| Period Ending: | 04/02/2022 |
| Pay Date: | 04/08/2022 |
| Total Hours: | 32.00 |

**EMPLOYEE**
Richard Sandoval

**NET PAY:**                               **$568.08**

---

**MEMO:**

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Pay | 32.00 | 21.50 | 688.00 | 7568.00 | | | |
| Overtime | 0.00 | 32.25 | 0.00 | 1886.68 | | | |
| Vacation | 40.00 | 21.50 | 0.00 | 860.00 | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 35.53 | 704.92 |
| Social Security | 42.66 | 586.17 |
| Medicare | 9.98 | 137.07 |
| IL Income Tax | 31.75 | 447.20 |

**Net Pay**          **$568.08**

Legna Installers, Inc. 08/17

2659

**EMPLOYER**
Legna Installers, Inc.
80 Central Ave
Roselle IL 60172

**EMPLOYEE**
Richard Sandoval

**PAY PERIOD**
Period Beginning    03/27/2022
Period Ending:      04/02/2022
Pay Date:           04/01/2022
Total Hours:        24.00

**NET PAY:**    $880.97

MEMO:

Legna Installers, Inc. 08/17

2659

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 24.00 | 52.13 | 1,251.12 | 3,753.36 |
| Reimbursement | - | - | 5.45 | 16.35 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Wage Assessment | 46.92 | 140.76 |
| IPAL | 1.44 | 4.32 |
| General Organizing | 4.80 | 14.40 |
| Retirement Fund | 4.80 | 14.40 |
| Vacation Fund | 60.00 | 180.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 102.31 | 306.93 |
| Social Security | 77.57 | 232.71 |
| Medicare | 18.14 | 54.42 |
| IL Income Tax | 59.62 | 178.86 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,256.57 | $3,769.71 |
| Taxes | $257.64 | $772.92 |
| Deductions | $117.96 | $353.88 |

**Net Pay**    $880.97

Legna Installers, Inc. 08/17

2664

**EMPLOYER**
Legna Installers, Inc.
80 Central Ave
Roselle IL 60172

**EMPLOYEE**
Richard Sandoval

**PAY PERIOD**
| | |
|---|---|
| Period Beginning | 04/03/2022 |
| Period Ending: | 04/09/2022 |
| Pay Date: | 04/08/2022 |
| Total Hours: | 8.00 |

**NET PAY:** $319.05

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 8.00 | 52.13 | 417.04 | 4,170.40 |
| Reimbursement | - | - | 0.00 | 16.35 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 8.43 | 315.36 |
| Social Security | 25.85 | 258.56 |
| Medicare | 6.05 | 60.47 |
| IL Income Tax | 18.34 | 197.20 |

Legna Installers, Inc. 08/17

2664

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Wage Assessment | 15.64 | 156.40 |
| IPAL | 0.48 | 4.80 |
| General Organizing | 1.60 | 16.00 |
| Retirement Fund | 1.60 | 16.00 |
| Vacation Fund | 20.00 | 200.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $417.04 | $4,186.75 |
| Taxes | $58.67 | $831.59 |
| Deductions | $39.32 | $393.20 |

**Net Pay** $319.05

Legna Installers, Inc. 08/17

2675

**EMPLOYER**
Legna Installers, Inc.
80 Central Ave
Roselle IL 60172

**EMPLOYEE**
Richard Sandoval

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 04/17/2022 |
| Period Ending: | 04/23/2022 |
| Pay Date: | 04/22/2022 |
| Total Hours: | 24.00 |

**NET PAY:** $882.34

**MEMO:**

Legna Installers, Inc. 08/17

2675

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 24.00 | 52.13 | 1,251.12 | 6,255.60 |
| Reimbursement | - | - | 6.83 | 80.30 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Wage Assessment | 46.92 | 234.60 |
| IPAL | 1.44 | 7.20 |
| General Organizing | 4.80 | 24.00 |
| Retirement Fund | 4.80 | 24.00 |
| Vacation Fund | 60.00 | 300.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 102.31 | 469.93 |
| Social Security | 77.57 | 387.85 |
| Medicare | 18.15 | 90.71 |
| IL Income Tax | 59.62 | 295.80 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,257.95 | $6,335.90 |
| Taxes | $257.65 | $1,244.29 |
| Deductions | $117.96 | $589.80 |

**Net Pay** $882.34

# Exhibit J

 (http://www.legnairon.com/)

# Chicagoland's trusted name for ornamental iron and steel fabrication.

**GET A QUOTE**
**(http://www.legnairon.com/contact-us/)**

 (http://www.legnairon.com/)



# Ornamental
# Iron Rail

From decorative stair railings to commercial-grade exterior railings, Legna can help.

 (http://www.legnairon.com/)



# Wrought Iron Fences & Gates

Whether you are looking for an ornamental garden gate or a rooftop fence, Legna is your partner.

 (http://www.legnairon.com/)



# Canopies & Mezzanines

Add extra space to your facility with a custom mezzanine or exterior canopy.

 (http://www.legnairon.com/)



# Specialty Ornamental Iron

Bring us your ideas and we'll make them a reality! Our Chicago-based shop fabricates on-site.

**VIEW OUR SPEC RAILS HERE
(HTTP://WWW.LEGNAIRON.COM/WP-CONTENT/UPLOADS/2021/04/LEGNA-
RAILS.PDF)**

 (http://www.legnairon.com/)

‹                                                                    ›

# FEATURED PROJECT

_____

**City Gardens** is a seven building apartment complex located in Chicago's Near West Side.  A large courtyard anchors the development.  Legna Iron Works completed various aspects of the development including

wrought iron fencing, unique metal signage, an overhang, and picnic area complete with metal furniture that will withstand the Chicago climate.

**WHAT CAN WE CREATE FOR YOU?**
**(http://www.legnairon.com/contact-us/)**



(http://www.legnairon.com/contact-us-2/)

# RESIDENTIAL (http://www.legnairon.com/contact-us-2/)

Homeowners and landlords work with Legna throughout the Chicagoland area for their fences, gates, and more.

**Click here**
(http://www.legnairon.com/contact-us-2/)





(http://www.legnairon.com/commercial-bid-request/)

# COMMERCIAL (http://www.legnairon.com/commercial-bid-request/)

Legna works with contractors, designers, architects, and industry professionals to fabricate custom projects.

**Click here**
(http://www.legnairon.com/commercial-bid-request/)

WHO WE ARE
## ALL SERVICES IN ONE PLACE

Interior & Exterior

From beautiful, interior ornamental stair railings to exterior canopies, Legna can help create your custom project.



(http://www.legnairon.com/)

# Commercial & Residential

Legna Iron Works helps contractors, designers, and industry professionals, as well as homeowners throughout the Chicagoland area.

# Custom Designs

We excel with custom projects! Whether you have CAD drawings or a basic sketch, we can bring your design to life.

# Installation

We not only fabricate iron and structural steel, we also install your project throughout Chicago.

**GET A QUOTE
(http://www.legnairon.com/contact-us/)**



(https://legnairon.com/)

Gallery

(htt

LEGNA
IRON WORKS, INC.
•Structural Steel •Misc Metals •Ornamental Iron

(htt
ps:/
/,—

(http://www.legnairon.com/)

Contact Us

Privacy Policy

boo
ok.
co
m/l
egn
airo
n)

All Rights Reserved © 2020

Site Design by Knack. (http://www.knackpdm.com)

UNITED STATES
DEPARTMENT OF LABOR

OSHA

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Case Status: CLOSED**

**Inspection: 1504013.015 - Ecoclean Llc**

**Inspection Information - Office: Peoria**

Nr: 1504013.015    Report ID: 0524500    Open Date: 11/25/2020

Ecoclean Llc

404 S Franklin Street

Dwight, IL 60420                    Union Status: NonUnion

SIC:

NAICS: 238330/Flooring Contractors

Mailing: 24125 111th Street, Naperville, IL 60564

| | | | | |
|---|---|---|---|---|
| Inspection Type: | Referral | | | |
| Scope: | Partial | Advanced Notice: | N | |
| Ownership: | Private | | | |
| Safety/Health: | Safety | Close Conference: | 11/27/2020 | |
| | | Close Case: | 03/01/2021 | |
| Related Activity: | Type | ID | Safety | Health |
| | Referral | 1691047 | Yes | |

**Case Status: CLOSED**

## Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| **Initial Violations** | 1 | | | 1 | | 2 |
| **Current Violations** | | | | 1 | | 1 |
| **Initial Penalty** | $3,084 | $0 | $0 | $3,856 | $0 | $6,940 |
| **Current Penalty** | $0 | $0 | $0 | $1,500 | $0 | $1,500 |
| **FTA Amount** | $0 | $0 | $0 | $0 | $0 | $0 |

## Violation Items

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deleted | 1. | 01001 | Serious | 19260020 B02 | 12/23/2020 | 01/05/2021 | $3,084 | $3,084 | $0 | | I - Informal Settlement |
| | 2. | 01002 | Other | 19040039 A02 | 12/23/2020 | | $1,500 | $3,856 | $0 | | I - Informal Settlement |



**GALLERY**  **CONTACT US**

# Contact Us



### Need a residential quote for your custom project?

Homeowners and landlords work with Legna throughout the Chicagoland area.

Click here



### Looking to submit a commercial construction bid request?

We work with contractors, designers, architects, and industry professionals to fabricate your custom project.

Click here



## Call

(630) 894-8056



## Email

info@legnairon.com



## Visit

80 Central Avenue
Roselle, IL 60172





Home

Gallery

Contact Us

Privacy Policy

Site design by Knack.

All Rights Reserved © 2020





GALLERY    CONTACT US

# Residential Quote Request

Thank you for your interest in a custom job with Legna Iron Works, Inc. We would like to learn more about your specific needs. Please complete the following form and a member of our team will reach out to you.

**Name**

Name

**Street Address**

Street Address

**City, State Zip**

City, State Zip

**Email**

Email

**Phone**

Phone

**Message**

Message

Upload an image of what you would like completed.

Choose Files | No file chosen

Upload an image of the location where you would like the project installed.

Choose Files | No file chosen

Send

Home

Gallery

Contact Us

Privacy Policy

All Rights Reserved © 2020

# Commercial Bid Request

Thank you for your interest in having Legna Iron Works, Inc. bid your commercial project. Please use the following form to submit your bid request including any plans and specs. **Please note, we prefer a minimum of two weeks to bid a new project.**

Name

Name

Company

Company

Email

Email

Phone

Phone

Project Address

Street Address

Project City, State Zip

City, State Zip

Message

Message

Upload the bid package
Choose Files | No file chosen

Upload an image of what you would like completed.
Choose Files | No file chosen

Requested Date for Bid
Date

Send

Home

Gallery

Contact Us

All Rights Reserved © 2020

LEGNA
IRON WORKS, INC.
•Structural Steel •Misc Metals •Ornamental Iron